## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD A. RYAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **Civil Action No. 24-321** |
| | ) | |
| PENNSYLVANIA PAROLE BOARD | ) | |
| SUPERINTENDENT OF SCI MERCER | ) | |
| and PENNSYLVANI ATTORNEY | ) | |
| GENERAL, | ) | |
| | ) | |
| Defendants. | ) | |

### <u>MEMORANDUM ORDER</u>

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On June 15, 2026, the Magistrate Judge issued a Report and Recommendation, ECF No. 17, recommending that Petitioner Richard A. Ryan's Amended Petition for Writ of Habeas Corpus be dismissed as moot. Objections to the Report and Recommendation were due by June 29, 2026, for the electronically registered Defendants, and by July 2, 2026, for the non-electronically registered Plaintiff. *See* 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2. No Objections have been filed. After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 27th day of July 2026, it is ORDERED that the Report and Recommendation, ECF No. 17, filed on May 13, 2025, by Magistrate Judge Kelly, is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that, for the reasons explained in the Report, Petitioner's Habeas Petition is dismissed as moot, and a certificate of appealability is DENIED, as jurists of reason would not disagree with the analysis of the Report.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

RICHARD A. RYAN
MN-1998
SCI MERCER
801 BUTLER PIKE
MERCER, PA 16137

2